IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01740–RM–KMT

KATIE BROWN,

    Plaintiff,

v.

JAMI FRYER,
ROBERT FRYER,
CINCINNATI INSURANCE COMPANY, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendants.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Second Motion to Amend Complaint" (Doc. No. 66, filed Apr. 12, 2013) is DENIED without prejudice. The court acknowledges that Defendant American Family Insurance Company does not oppose Plaintiff's Motion to Amend. (*See* Doc. No. 75.) Nevertheless, Plaintiff's proposed First Amended Complaint improperly features a number of claims against Defendant Cincinnati Insurance Company that were previously dismissed by the court. (*Compare* Doc. No. 66-2 *with* Doc. No. 65.) Although Plaintiff suggests that she intends to file a motion for reconsideration of the court's dismissal of these claims, they are not properly included in Plaintiff's proposed First Amended Complaint at this time. Unless or until Plaintiff's putative motion for reconsideration is granted, the dismissal of those claims stands. Plaintiff may file a renewed motion to amend, attaching a proposed amended complaint that omits any dismissed claims and/or defendants, no later than June 11, 2013.

Dated: May 21, 2013