IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01740–RM–KMT

KATIE BROWN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Defendant American Family Insurance's Notice (Doc. No. 75) withdrawing its objections to Plaintiff's prior Motion to Amend (Doc. No. 66), and Plaintiff's representation that Defendant again does not oppose Plaintiff's proposed amendments, it is ORDERED that "Plaintiff's Renewed Motion to Amend Complaint" (Doc No. 80, filed June 11, 2013) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's First Amended Complaint and Demand for Jury Trial (Doc. No. 80-1).

Dated: June 14, 2013